| | |
|---|---|
| 1 | Lael D. Andara (SBN 215416) |
| | Dino Hadzibegovic (SBN 267489) |
| 2 | **DICKINSON WRIGHT RLLP** |
| | 615 National Avenue, Suite 220 |
| 3 | Mountain View CA 94043 |
| | Tel: (408) 701-6152 |
| 4 | Fax: (408) 701-6143 |
| | LAndara@dickinson-wright.com |
| 5 | DHadzibegovic@dickinson-wright.com |
| 6 | *Attorneys for Defendants* |
| | Choice Labs LLC; GCC MI, Acquisitions, |
| 7 | Inc.; and GCC MI Holdings, LLC |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FC CAPITAL HOLDINGS, LLC d/b/a FUNDCANNA, <br><br> Plaintiff, <br><br> v. <br><br> CHOICE LABS LLC, GCC MI, ACQUISITIONS, INC., GCC MI HOLDINGS, LLC, HELLER INVESTMENT HOLDINGS LLC, RAW VENTURES LLC, PAGANI LLC d/b/a VELVET FUNDING, and DOES 1 TO 10, INCLUSIVE, <br><br> Defendants. | Case No. **'25CV0103 JLS  SBC** <br><br> **DEFENDANTS CHOICE LABS LLC; GCC MI, ACQUISITIONS, INC.; AND GCC MI HOLDINGS, LLC 'S NOTICE OF INTERESTED PARTIES & CORPORATE DISCLOSURE STATEMENT** <br><br> **[F.R.C.P. RULE 7.1(a)]** <br><br> [Superior Court of the State of California, County of San Diego Case No. 24CU031454C] |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendants Choice Labs LLC; GCC MI, Acquisitions, Inc.; and GCC MI Holdings, LLC disclose the following:

- No publically held corporation has any ownership of Choice Labs LLC; GCC MI, Acquisitions, Inc.; and GCC MI Holdings, LLC.

*[remainder of this page intentionally left blank]*

1  No other parties known to Defendants have an interest in the outcome of this case.

2  Date: January 15, 2025                    DICKINSON WRIGHT RLLP

3

4                                              By:  */s/ Lael D. Andara*
                                                     Lael D. Andara
5                                                    Dino Hadzibegovic
                                                     *Attorneys for Defendant*
6                                                    Choice Labs LLC; GCC MI, Acquisitions,
                                                     Inc.; and GCC MI Holdings, LLC
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28